UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CARLOS LARSON,**

Plaintiff,

v.                                    CASE NO.        3:06-cv-408-J-25TEM

**SHANDS HOSPITAL JACKSONVILLE**
and **FIRST COAST HEALTH REHAB,**

Defendants.

=====================================

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 6) recommending that Plaintiff's request for *in forma pauperis* status (Dkt. 2) be denied without prejudice and this action be dismissed without prejudice to Plaintiff refiling a properly amended complaint. All parties previously have been furnished copies of the Report and Recommendation and have been afforded an opportunity to file objections. No objections have been filed.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is,

**ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation (Dkt. 6) is adopted and incorporated by reference in this Order.

2. Plaintiff's request for *in forma pauperis* status (Dkt. 2) is **DENIED without prejudice.**

    3.  This action is **DISMISSED without prejudice** to Plaintiff's right to file and serve an amended complaint within thirty (30) days from the date hereof.

    4.  The Clerk is directed to close this file.   Should Plaintiff file an amended complaint within the prescribed time frame, the Clerk is directed to reopen the file.

    **DONE AND ORDERED** at Jacksonville, Florida this 28th day of July, 2006.

**HENRY LEE ADAMS, JR.**
United States District Judge

Copies to:
*Pro Se* Plaintiff
Counsel of Record, if any